NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEMORYLINK CORP.,**
*Plaintiff-Appellant,*

v.

**MOTOROLA, INC., JONATHAN P. MEYER, HUGH C. DUNLOP, THOMAS G. BERRY, J. RAY WOOD, AND TERRI S. HUGHES,**
*Defendants-Appellees.*

---

2010-1533

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 09-CV-7401, Judge William J. Hibbler.

---

## ON MOTION

---

## ORDER

Motorola, Inc., et al. move for a 14-day extension of time, until July 8, 2011, to file their brief. Memorylink Corp. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 22 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Paul E. Schaafsma, Esq.
      Anne M. Sidrys, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 22 2011**

**JAN HORBALY**
**CLERK**